UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILSHIRE INSURANCE COMPANY,

    Plaintiff / Counter-Defendant,

v.                                                                                  Case No: 6:23-cv-00426-CEM-LHP

MARLON BATES,

    Defendant / Counter-Plaintiff.
_____/

**JOINT NOTICE OF SETTLEMENT**

    The parties, WILSHIRE INSURANCE COMPANY and MARLON BATES, pursuant to the Court's Scheduling Order (DE 27) and Local Rule 3.09(a), give notice that they have agreed on the material terms of a settlement. Once the settlement agreement document is finalized, the parties will immediately file a joint stipulation of dismissal with prejudice with each party to bear its own fees and costs.

    Respectfully submitted,

| | |
|---|---|
| /s/Matthew T. Christ | /s/AARON WARREN |
| **Fred A. Cunningham, Esq.** | **SINA BAHADORAN** |
| Florida Bar No. 775487 | Florida Bar No. 523364 |
| Fred@pbglaw.com | Sina.Bahadoran@clydeco.us |
| **Matthew T. Christ, Esq.** | **AARON WARREN** |
| Florida Bar No. 0119106 | Florida Bar No. 96162 |
| Matthew@pbglaw.com | Aaron.Warren@clydeco.us |
| | **MATTHEW WATSON** |
| Domnick Cunningham & Yaffa | Florida Bar No. 1031851 |
| 2401 PGA Boulevard, Suite 140 | Matthew.Watson@Clydeco.us |
| Palm Beach Gardens, Florida 33410 | |
| Tel: (561) 625-6260 | Clyde & Co US LLP |
| *Counsel for Marlon Bates* | 1221 Brickell Avenue, Suite 1600 |

Miami, Florida 33131
T: 305.446.2646
*Counsel for Wilshire Insurance Company*

## CERTIFICATE OF SERVICE

I CERTIFY that on December 3, 2024, this document was filed using the Court's e-service system, which will automatically serve a notice of filing and this document to all e-service participants.

/s/ AARON WARREN
**AARON WARREN**