UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILSHIRE INSURANCE COMPANY,**

      **Plaintiff,**

v.                          Case No.  6:23-cv-426-CEM-LHP

**AIRPORT RESTAURANT, LLC
and MARLON BATES,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Notice of Settlement (Doc. 74), which advises the Court that the above-styled action has been settled as to Defendant and Counter Claimant Marlon Bates.

Accordingly, it is **ORDERED** and **ADJUDGED** that the claims against Marlon Bates are **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to terminate Marlon Bates as a Defendant and Counter Claimant in this case and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2024.



Copies furnished to:

Counsel of Record